UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOEL SIBERT,<br><br>                 Plaintiff,<br><br>   v.<br><br>KING COUNTY DEPARTMENT OF COMMUNITY AND HUMAN HEALTH SERVICES BEHAVIORAL HEALTH AND RECOVERY DIVISION, et al.,<br><br>                 Defendants. | CASE NO. 2:19-cv-00904-BAT<br><br>**RULE 502(d) ORDER** |

In accordance with Rule 502(d) of the Federal Rules of Evidence, Plaintiff and Defendants agree that the production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding, and ask the Court to enter an order to that effect. Dkt. 15, ¶ D, Ex. A (proposed Rule 502(d) Order).

Accordingly, it is **ORDERED**:

1. The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding.

RULE 502(D) ORDER - 1

This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

2. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

DATED this 28th day of October, 2019.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge